# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**MICHAEL BUSHNELL, SR. # 579518**     **CASE NO.  6:24-CV-00903 SEC P**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**WARDEN**     **MAGISTRATE JUDGE AYO**

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 9] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE** to petitioner's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

THUS, DONE AND SIGNED in chambers this 20th day of November, 2024.

.

_____
Terry A. Doughty
United States District Judge